**Electronically Filed**
**Supreme Court**
**SCWC-29921**
**01-NOV-2011**
**01:55 PM**

NO. SCWC-29921

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ALAN KALAI FILOTEO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29921; FC-CR NO. 07-1-0319)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Alan Kalai Filoteo's

application for writ of certiorari, filed on September 19, 2011,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 1, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



John M. Tonaki,
Public Defender,
Karen T. Nakasone,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application